# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, | CIVIL ACTION NO.: 2:24-cv-01698 |
| Plaintiff, | |
| v. | JUDGE ELDON E. FALLON |
| OWNER OF <AHNU.COM>, | |
| Defendant. | MAGISTRATE KAREN WELLS ROBY |

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE
OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

NOW COMES Plaintiff Deckers Outdoor Corporation ("Plaintiff" or "Deckers"), and pursuant to Federal Rule of Civil Procedure 4(f)(3), moves this Honorable Court for an Order authorizing Deckers to serve process on Defendant Owner of <ahnu.com> ("Defendant") solely by electronic means; specifically, by electronically publishing a link to the Complaint and Summons on a website and by sending an e-mail to Defendant via the e-mail address Defendant used to register the domain name "ahnu.com" (the "Infringing Domain Name") that includes a link to said website.

Plaintiff submits that this manner of service of process to the Defendant is both appropriate and necessary under the facts of this case. Defendant is an individual or entity based in Brazil that registered the Infringing Domain Name. Providing notice via electronic public action and email, along with any notice that Defendant receives from domain name registrars, is reasonably calculated under all circumstances to apprise Defendant of the pendency of the action and afford it the opportunity to present its objections. Absent the ability to serve Defendant in this manner, Plaintiff will almost certainly be left without the ability to pursue a final judgment.

Plaintiff's request to serve Defendant via electronic publication and e-mail is permitted under the Federal Rules of Civil Procedure and the relevant jurisprudence and other authorities,

and will encourage the efficient and just progression of this matter, as more completely set forth in the accompanying Memorandum in Support.

WHEREFORE, Plaintiff prays that this Honorable Court grant its Motion, and Plaintiff be permitted to serve the Defendant by electronic publication and e-mail, and for all other relief to which it might be entitled.

Respectfully submitted,

*/s/ Christine Changho Bruneau*
CHRISTINE CHANGHO BRUNEAU, La. Bar No. 25366
cbruneau@cottenschmidt.com
COTTEN SCHMIDT, L.L.P.
650 Poydras St, Suite 1950
New Orleans, Louisiana 70130

JUSTIN R. GAUDIO, Il. Bar No. 6296562
*(pro hac vice to be filed)*
jgaudio@gbc.law
ALLYSON M. MARTIN, Il. Bar No. 6313424
*(pro hac vice to be filed)*
amartin@gbc.law
GREER, BURNS & CRAIN, LTD.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606

*Counsel for Plaintiff,*
*Deckers Outdoor Corporation*

