IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, | CIVIL ACTION NO.: 2:24-cv-01698 |
| Plaintiff, | |
| v. | JUDGE ELDON E. FALLON |
| OWNER OF <AHNU.COM>, | |
| Defendant. | MAGISTRATE KAREN WELLS ROBY |

## ORDER

CONSIDERING the Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) filed by Plaintiff, Deckers Outdoor Corporation, and its supporting memorandum and exhibit:

IT IS ORDERED that Plaintiff's Motion is hereby GRANTED.  Plaintiff shall serve process upon Defendant Owners of <ahnu.com> by electronic publication and e-mail as set forth in the Motion.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE